IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CITADELLE INTERESTS, LLC** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14-cv-02183-EGS |
| | ) | |
| **FREDERIK DE PUE** | ) | |
| | ) | |
| **Defendant** | ) | |

### ANSWER TO COMPLAINT

Defendant, Frederik De Pue ("Defendant"), by and through his undersigned counsel, in answer to the Complaint for Money Damages (the "Complaint") filed by Plaintiff, Citadelle Interests, LLC ("Plaintiff"), respectfully responds as follows:

1. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 1 of the Complaint and therefore denies same.

2. Defendant admits the allegations contained in paragraph 2 of the Complaint.

3. Paragraph 3 of the Complaint contains legal conclusions and no response is required.

4. Paragraph 4 of the Complaint contains legal conclusions and no response is required.

5. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 5 of the Complaint and therefore denies same.

6. Defendant admits the allegations contained in paragraph 6 of the Complaint.

7. Defendant admits that the parties entered into a lease agreement as alleged in paragraph 7 of the Complaint.

8. Defendant admits that the parties executed a lease agreement which speaks for itself as alleged in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 10 of the Complaint and therefore denies same.

11. Defendant denies the allegations contained in paragraph 11 of the Complaint as the Plaintiff has barred access to the Property.

12. Defendant denies the allegations contained in paragraph 12 of the Complaint.

13. Defendant denies the allegations contained in paragraph 13 of the Complaint.

14. Defendant incorporates by reference its responses contained in paragraphs 1 through 13 hereinbefore.

15. Defendant denies the allegations contained in paragraph 15 of the Complaint as the Lease speaks for itself.

16. Defendant denies the allegations contained in paragraph 16 of the Complaint.

17. Defendant denies the allegations contained in paragraph 17 of the Complaint.

18. Defendant denies the allegations contained in paragraph 18 of the Complaint.

19. Any allegation in the Complaint not specifically admitted hereinbefore is denied.

## **First Affirmative Defense**

The Complaint fails to state a claim against Defendant upon which relief can be granted.

## **Second Affirmative Defense**

Plaintiff's claims are barred by landlord's failure to mitigate.

### Third Affirmative Defense

Plaintiff's claims are barred by the following defenses: unclean hands, tortious interference, and business interruption.

**WHEREFORE**, Defendant prays that the Complaint be dismissed, and that Defendant have such other and further relief as this Honorable Court may seem just and proper under the circumstances.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:  /s/ Michael J. Lichtenstein
Michael J. Lichtenstein, Esquire
DC Bar No. 419302
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL: (301) 230-5231
FAX: (301) 230-2891
Email: mjl@shulmanrogers.com
*Attorney for Defendant Frederik De Pue*

### CERTIFICATE OF SERVICE

The following parties received electronic notice of this filing – **Answer to Complaint** – this 20th day of January, 2015:

Joseph H. Kaslmer      jkasimer@kasannlaw.com
*Counsel for Plaintiff*

 /s/  Michael J. Lichtenstein
Michael J. Lichtenstein

F: 119936.00006
5194120_1.docx