IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITADELLE INTERESTS, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:14-cv-02183-EGS |
| FREDERIK DE PUE, | : |
| Defendant. | : |
| FREDERIK DE PUE, | : |
| Defendant/Counterclaim-Plaintiff, | : |
| v. | : |
| CITADELLE INTERESTS, LLC, | : |
| Plaintiff/Counterclaim-Defendant, | : |
| FREDERIK DE PUE, | : |
| Third-Party Plaintiff, | : |
| v. | : |
| HOSSEIN FATEH, | : |
| Third-Party Defendant. | : |

**THIRD PARTY DEFENDANT HOSSEIN FATEH'S MOTION TO DISMISS THIRD PARTY COMPLAINT**

COMES NOW, Third Party Defendant HOSSEIN FATEH, by and through his counsel, pursuant to *Fed.R.Civ.P.* 12(b)(6) and 14(a)(1), in response to Defendant and Third Party Plaintiff FREDERICK DE PUE'S ("Defendant De Pue") Third Party Claim, and respectfully moves this Court for an Order dismissing Defendant De Pue's Third Party Claim against Mr. Fateh for the reason that: 1) Defendant De Pue has not alleged a proper third party claim for

impleader under Rule 14; and 2) the allegations that De Pue contends constitute a claim for intentional interference fail to state a claim on which relief can be granted.

In support of his Motion, Mr. Fateh states that *Fed.R.Civ.P.* 14(a)(1) requires that in order for a defending party to bring a nonparty into the lawsuit the nonparty must be liable for all or part of the claim pending against the defending party. In the instant case, Mr. Fateh cannot be obligated to Defendant De Pue under the Lease in the main claim. Defendant De Pue does not have any right of indemnity or contribution from Mr. Fateh with respect to Defendant De Pue's guarantee of the lease. Therefore, Defendant De Pue cannot implead Mr. Fateh into the instant case under Rule 14.

Assuming, *arguendo,* that Defendant De Pue has a proper basis for a third party claim, a point that Mr. Fateh does not concede and vehemently contests, Defendant De Pue has failed to allege sufficient facts to state a claim for tortious interference. Defendant De Pue's Third Party Claim against Mr. Fateh still must be dismissed for Defendant De Pue's failure to state a claim on which relief can be granted. Defendant De Pue's Third Party Claim should be dismissed with prejudice.

In further support of this Motion, Mr. Fateh submits his Memorandum of Legal Points and Authorities filed contemporaneously herewith.

For all these reasons, Mr. Fateh respectfully requests this Court for an Order dismissing the Third Party Complaint against Mr. Fateh with prejudice, and that the Court award such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

/s/ Joseph H. Kasimer
Joseph H. Kasimer, Esquire
D.C. Bar No. 230565
Gina L. Schaecher, Esquire
D.C. Bar No. 4741000018
KASIMER, PIERCE & SCHAECHER, P.C.
1900 Gallows Road, Suite 210
Tysons Corner, VA 22182
(703) 893-3914 - Telephone
(571) 405-6757 - Facsimile
Email:   jkasimer@kasimerlaw.com
Email:   gschaecher@kasimerlaw.com
*Counsel for Third Party Defendant Hossein Fateh*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Hossein Fateh's Motion to Dismiss Third Party Claim was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification to such filing this 2nd day of February, 2015 to the following:

Michael J. Lichtenstein, D.C. Bar # 419302
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
(301) 230-5231 – Telephone
(301) 230-2891 – Facsimile
mjl@shulmanrogers.com
Attorney for Defendant / Third Party Plaintiff Frederik De Pue

/s/ Joseph H. Kasimer
Joseph H. Kasimer, Esquire
D.C. Bar No. 230565
Gina L. Schaecher, Esquire
D.C. Bar No. 474018
Kasimer, Pierce & Schaecher, P.C.
1900 Gallows Road, Suite 210
Tysons Corner, VA 22182
(703) 893-3914 - Telephone
(571) 405-6757 - Facsimile
Email:   jkasimer@kasimerlaw.com
Email:   gschaecher@kasimerlaw.com
*Counsel for Third Party Defendant Hossein Fateh*