## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITADELLE INTERESTS, LLC** )<br>)<br>   **Plaintiff** )<br>)<br>v. )<br>)<br>**FREDERIK DE PUE** )<br>)<br>   **Defendant** )<br>* * * * * * * * * * * * * * * * * * * * * * )<br>**FREDERIK DE PUE** )<br>)<br>   **Defendant/Counter Plaintiff** )<br>)<br>v. )<br>)<br>**CITADELLE INTERESTS, LLC** )<br>)<br>   **Plaintiff/Counter-Defendant** )<br>* * * * * * * * * * * * * * * * * * * * * * )<br>**FREDERIK DE PUE** )<br>)<br>   **Third Party Plaintiff** )<br>)<br>v. )<br>)<br>**HOSSEIN FATEH** )<br>**2200 Kalorama Road, NW** )<br>**Washington, DC 20008** )<br>)<br>   **Third Party Defendant** ) | Civil Action No. 1:14-cv-02183-EGS |

## VOLUNTARY DISMISSAL OF THIRD PARTY COMPLAINT
## <u>AGAINST HOSSEIN FATEH</u>

Frederik De Pue ("De Pue"), by counsel and pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses the Third Party Complaint filed against Hossein Fateh, and as reasons thereto, states as follows:

1.     On January 20, 2015, De Pue filed a Third Party Complaint against Hossein Fateh. On January 23, 2015, Hossein Fateh was served with the Summons and Third Party Complaint.

2.     On February 2, 2015, Hossein Fateh filed a Motion to Dismiss the Third Party Complaint. Hossein Fateh has not yet filed an Answer to the Third Party Complaint, or a Motion for Summary Judgment. As such, according to Fed. R. Civ. P. 41(a), De Pue can voluntarily dismiss the Third Party Complaint.

3.     Based on this voluntary dismissal, Hossein Fateh's Motion to Dismiss the Third Party Complaint is moot.

**WHEREFORE**, De Pue prays that the Third Party Complaint filed against Hossein Fateh be dismissed, and that De Pue have such other and further relief as this Honorable Court may seem just and proper under the circumstances.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:     /s/ Michael J. Lichtenstein
Michael J. Lichtenstein, Esquire
DC Bar No. 419302
Amy M. Simon, Esquire
DC Bar No. 1019228
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
TEL:   (301) 230-5231 (Lichtenstein)
           (301) 945-9238 (Simon)
FAX:   (301) 230-2891
Email: mjl@shulmanrogers.com
           asimon@shulmanrogers.com

*Attorney for Third Party Plaintiff*

## CERTIFICATE OF SERVICE

The following parties received electronic notice of this filing – **Voluntary Dismissal of Third Party Complaint against Hossein Fateh** – this 17th day of February, 2015:

>Joseph H. Kasimer        jkasimer@kasimerlaw.com
>*Counsel for Plaintiff*
>
>Gina L. Schaecher        gschaecher@kasimerlaw.com
>*Counsel for Third Party Defendant Hossein Fateh*

>  /s/   Michael J. Lichtenstein
>Michael J. Lichtenstein

F: 119936.00006
5248145_1.docx