IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CITADELLE INTERESTS, LLC,          :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :    Civil Action No.: 1:14-cv-02183-EGS
                                   :
FREDERIK DE PUE,                   :
                                   :
        Defendant.                 :
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _:
FREDERIK DE PUE,                   :
                                   :
        Defendant/Counterclaim-Plaintiff,   :
                                   :
v.                                 :
                                   :
CITADELLE INTERESTS, LLC,          :
                                   :
        Plaintiff/Counterclaim-Defendant   :
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _:

**STIPULATION OF DISMISSAL**

Pursuant to *FRCP* 41, Plaintiff/Counterclaim Defendant Citadelle Interests, LLC and

Defendant/Counterclaim Plaintiff Frederik De Pue (the "Parties"), by and through their

undersigned counsel, represent and submit that the matters, claims and things at issue among the

Parties have been settled and compromised, and that the above-captioned action and the claims

asserted therein should be dismissed with prejudice.  Therefore, the Parties Citadelle Interests,

LLC and Frederick De Pue stipulate and agree that the above-captioned action, including the

claims and counterclaims asserted therein, is dismissed with prejudice, each party to pay its own

costs and attorney's fees.

Dated this 20th day of April, 2015.

Respectfully submitted,


/s/ Joseph H. Kasimer
Joseph H. Kasimer, Esquire
D.C. Bar No. 230565
Gina L. Schaecher, Esquire
D.C. Bar No. 474118
Kasimer, Pierce & Schaecher, P.C.
1900 Gallows Road, Suite 210
Tysons Corner, VA 22182
(703) 893-3914 - Telephone
(571) 405-6757 - Facsimile
Email:   jkasimer@kasimerlaw.com
Email:   gschaecher@kasimerlaw.com
*Counsel for Plaintiff / Counterclaim Defendant*
*Citadelle Interests, LLC*


Michael J. Lichtenstein
Michael J. Lichtenstein, D.C. Bar # 419302
SHULMAN, ROGERS, GANDAL, PORDY &
ECKER, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
(301) 230-5231 – Telephone
(301) 230-2891 – Facsimile
mjl@shulmanrogers.com
*Counsel for Defendant / Counterclaim-Plaintiff*
*Frederik De Pue*